1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANDREW AVILA,                          No.  1:21-cv-01510 JLT BAM (PC)

12              Plaintiff,                     ORDER ADOPTING THE FINDINGS AND
                                              RECOMMENDATIONS AND DISMISSING
13        v.                                  THE ACTION

14    FELDER, *et al.*,                       (Doc. 15)

15              Defendants.

16

17        The assigned magistrate judge screened the First Amended Complaint and determined

18   Plaintiff failed to state a cognizable claim upon which relief may be granted.  (Doc. 15.)

19   Although Plaintiff identified a serious medical need, the magistrate judge found Plaintiff failed to

20   allege the defendant acted with deliberate indifference.  (*Id.* at 3-5.)  In addition, the magistrate

21   judge observed Plaintiff was unable to invoke liability under Section 1983 for any violations of

22   the identified prison regulations related to medical emergencies and responses thereto.  (*Id.* at 5,

23   citing, *e.g., Cousins v. Lockyer*, 568 F.3d 1063, 1070 (9th Cir. 2009).)  Finally, the magistrate

24   judge found Plaintiff failed to show injunctive relief and declaratory relief were appropriate.  (*Id.*

25   at 6-7.)  Thus, the magistrate judge recommended dismissal with prejudice for Plaintiff's failure

26   to state a cognizable claim upon which relief may be granted on February 23, 2022.  (*Id.* at 8.)

27        Plaintiff timely filed objections to the Findings and Recommendations on March 14, 2022.

28   (Doc. 16.)  Plaintiff's objections set forth the same disjointed allegations and legal conclusions as

1

the First Amended Complaint, and do not address the determination that the allegations fail to show the prison's physician acted with deliberate indifference in treating Plaintiff's eye pain and vision loss.  Although Plaintiff contends the treatment was wrong, as the magistrate judge observed, disagreement with treatment does not support a claim of deliberate indifference.  *See Sanchez v. Vild*, 891 F.2d 240, 242 (9th Cir. 1989).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case.  Having carefully reviewed the entire file—including Plaintiff's objections—the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Accordingly, the Court **ORDERS**:

1.      The Findings and Recommendations issued on February 23, 2022 (Doc. 15), are **ADOPTED** in full.

2.      This action is **DISMISSED**, with prejudice, for failure to state a cognizable claim upon which relief may be granted; and

3.      The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 22, 2022**

UNITED STATES DISTRICT JUDGE

2