# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW AVILA, | Case No. 1:21-cv-01510-JLT-BAM (PC) |
| Plaintiff, | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| v. | |
| FELDER, *et al.*, | (ECF No. 51) |
| Defendants. | |

Plaintiff Andrew Avila ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The action proceeds on Plaintiff's second amended complaint against Defendant Michael A. Felder for deliberate indifference to medical care in violation of the Eighth Amendment.

On February 20, 2026, Defendant filed a motion for summary judgment on the ground that Plaintiff failed to exhaust his administrative remedies. (ECF No. 51.) Plaintiff was provided with notice of the requirements for opposing a motion for summary judgment. *Woods v. Carey*, 684 F.3d 934 (9th Cir. 2012); *Rand v. Rowland*, 154 F.3d 952, 957 (9th Cir. 1988); *Klingele v. Eikenberry*, 849 F.2d 409, 411–12 (9th Cir. 1988). (ECF No. 51-3.) Plaintiff's opposition to the motion was due within twenty-one (21) days from the date of service of the motion, in compliance with Federal Rule of Civil Procedure 56 and Eastern District of California Local Rules 230(l) and 260. (*See also* ECF No.47 at 3.) The deadline for Plaintiff to respond to

1

Defendant's motion for summary judgment has expired, and he has not otherwise been in contact with the Court.  Plaintiff will be permitted a final opportunity to show cause why this action should not be dismissed without prejudice.

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause by WRITTEN RESPONSE within **twenty-one (21) days** of service of this order why this action should not be dismissed, without prejudice, for failure to prosecute.  Plaintiff may comply with the Court's order by filing an opposition or statement of non-opposition to Defendant's February 20, 2026 motion for summary judgment.  **Plaintiff is warned that if he fails to comply with the Court's order, this matter will be dismissed, without prejudice, for failure to prosecute**.

IT IS SO ORDERED.

Dated:    **March 23, 2026**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE

2